IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANDREW MCGONIGLE, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>OMAHA STEAKS, LLC, a Delaware limited liability company.<br><br>　　　　　Defendant. | 8:25CV509<br><br>ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE |

　　　This case is before the Court on the parties' Stipulation of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), signed by counsel for both parties. Filing 16. The parties stipulate to dismissal of all claims asserted by plaintiff Andrew McGonigle in this matter with prejudice and with each party to bear its own attorneys' fees and costs. Filing 16 at 1. Accordingly,

　　　IT IS ORDERED that the parties' Stipulation of Voluntary Dismissal, Filing 16, is accepted, and this case is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

　　　Dated this 9th day of December, 2025.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Brian C. Buescher
　　　　　　　　　　　　　　　　　　　　　United States District Judge

1